UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEKLEMARIAM DANIEL HAGOS,<br><br>                Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,<br><br>                Defendants. | Case No. C23-0735-RSL<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFF TO PAY FILING FEE |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and plaintiff's two submission in response thereto, hereby finds and ORDERS:

(1)    The Report and Recommendation is approved and adopted.

(2)    Plaintiff's application to proceed with this action *in forma pauperis* (dkt. # 1) is DENIED.

(3)    Plaintiff is directed to pay the $402 filing fee within **thirty (30) days** of the date on which this Order is signed. Failure to timely submit the requisite filing fee will result in immediate termination of this action.

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS* - 1

(4)     The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Michelle L. Peterson.

Dated this 6th day of July, 2023.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED *IN FORMA PAUPERIS* - 2